IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Catalina Quiroz, Plaintiff<br><br>v.<br><br>Seva Companies LLC (d/b/a Dunkin' Donuts) and Amish Patel, individually, Defendants | Case No. 1:17-cv-3222<br><br>The Honorable Jorge L. Alonso |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted on Friday, July 7, 2017

| | |
|---|---|
| s/ Bryan Pacheco<br>Bryan Pacheco<br>**Consumer Law Group, LLC**<br>6232 North Pulaski Road, Suite 200<br>Chicago, Illinois 60646<br>312-445-9662<br>bpacheco@yourclg.com | s/ Joel L. Lipman<br>Joel L. Lipman<br>**Lipman & Linden**<br>3104 West Touhy Avenue<br>Chicago, Illinois 60645<br>773-338-4117<br>joel@lipmanlinden.com |